The Buckeye Union Ins. Co., Appellant, *v.* Steiner et al.,
Appellees, et al.

[Cite as Buckeye Union Ins. Co. v. Steiner
(1974), 37 Ohio St. 2d 113.]

(No. 73-435—Decided March 6, 1974.)

114

*Mr. John J. Adams,* for appellant.

*Cumming, Bannister, Izenson & Kenney Co., L. P. A.,* and *Mr. Keith Hall,* for appellees.

*Per Curiam.* The judgment of the Court of Appeals is affirmed, but for the reasons stated in *Abate* v. *Pioneer Mutual Cas. Co.* (1970), 22 Ohio St. 2d 161, and *Bartlett* v. *Nationwide Mutl. Ins. Co.* (1973), 33 Ohio St. 2d 50.

*Judgment affirmed.*

O'NEILL, C. J., HERBERT, CORRIGAN, STERN, STEPHENSON and W. BROWN, JJ., concur.

P. BROWN, J., dissents.

STEPHENSON, J., of the Fourth Appellate District, sitting for CELEBREZZE, J.